# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DEMETRICK TAYLOR

NO. 2020 KW 0113

APR 2 8 2020

In Re: Demetrick Taylor, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 03-11-0939

---

**BEFORE: HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include the application for postconviction relief and supporting memorandum, the court's ruling thereon, the State's answer, the commissioner's report, the bill of information, the trial transcript, and any other pertinent documents from the district court record that may support his claims. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. If relator elects to file a new application with this court, the application shall be filed on or before July 2, 2020 without the necessity of obtaining a return date. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT